IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.   1:20-cr-00077(6) |
| vs. | : | |
| GENERATION NOW, INC., | : | JUDGE BLACK |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**
**ON BEHALF OF DEFENDANT, GENERATION NOW, INC.**

Now comes Robert F. Krapenc (0040645), and hereby enters his appearance in the within matter as counsel of record.

   __/s/ Robert F. Krapenc_____
ROBERT F. KRAPENC    (0040645)
580 South High Street
Suite 250
Columbus, Ohio 43215
(614) 221-5252 (phone)
(614) 224-7101 (fax)
Bob@Krapenclaw.com
Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE has been delivered via electronic mail service to Counsel for all parties of record, this 9th day of September, 2020.

   __/s/ Robert F. Krapenc_____
ROBERT F. KRAPENC    (0040645)
Attorney for Defendant