IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  1:20-cr-00077(6) |
| vs. | : | |
| GENERATION NOW, INC., | : | JUDGE BLACK |
| Defendant. | : | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Rule 12.4, Federal Rules of Criminal Procedure: Any non-governmental corporate party to a proceeding must file a Corporate Affiliations/Financial Interest statement identifying all of its parent corporations and listing any publicly held company that owns 10% or more of its stock. The obligation to disclose any changes will be continuing throughout the pendency of this case.

In Compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Defendant  GENERATION NOW

1. Is said party a parent, subsidiary or other affiliate of any other corporations?

    __ YES        X  NO

2. Is there a publicly owned corporation, not a party to the case that has a financial interest of more than 10% in the defendant company?

    ___YES        X  NO

/s/ Robert F. Krapenc                                                                            2-7-2021
Robert F. Krapenc (0040645)                                                                  Date
150 East Mound St., Ste. 310
Columbus, Ohio 43215
Phone:  (614) 221-5252
Fax:     (614) 224-7101
Bob@Krapenclaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document has been delivered via electronic mail service to Counsel for all parties of record, this 7th day of February, 2021.

　　　　　　　　　　　　　　　　　　__/s/ Robert F. Krapenc_____
　　　　　　　　　　　　　　　　　　ROBERT F. KRAPENC   (0040645)
　　　　　　　　　　　　　　　　　　Attorney for Defendant