# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Case No. 1:20-cr-77 |
| | : | |
| vs. | : | Judge Timothy S. Black |
| | : | |
| GENERATION NOW, INC. (6), | : | |
| | : | |
| Defendant. | : | |

## NOTICE AND ORDER
## REGARDING MEMBERS OF THE PUBLIC

This case is set for a change of plea hearing as to Defendant Generation Now, Inc., to be held by video conference on February 19, 2021 at 1:00 p.m. Any member of the public, who is not a party to the case, may join the hearing as a non-participant by calling: 571-317-3122; Access Code: 854-573-445.

In order to minimize disruption, and to ensure the order and integrity of the proceedings, the Court **ORDERS** as follows:

(1) Non-participants are required to mute their telephones during all stages of the proceedings;

(2) Non-participants should call into the hearing shortly before 1:00 p.m., as the Court will lock the virtual hearing room once the hearing is underway; and

(3) Video and/or audio recording of any proceeding is prohibited.

**IT IS SO ORDERED**.

Date: 2/9/2021

*s/ Timothy S. Black*
Timothy S. Black
United States District Judge