2019R00448 - 157

## CERTIFICATE OF AUTHENTICITY OF BUSINESS RECORDS PURSUANT TO FEDERAL RULE OF EVIDENCE 902(11)

I, __Christopher F. Gill__ , attest on penalty of criminal punishment for
        *Name*

false statement or false attestation that I am/was the __Owner__

of __CGI Investigations, LLC__   *Title*    from

__June 2018__ through __Present__ , and that I also am/was a custodian of records for that
        July 28, 2020

same time period.

I have reviewed the attached records.  I certify that these records are the original or

duplicate copies of the original records in the custody of __CGI Investigations, LLC /Chris Gill__

located at __445 Earlwood Ave. #200 Oregon, Ohio. 43616__

I further state that:

A) such records were made, at or near the time of the occurrence of the matters set forth, by (or from information transmitted by) a person with knowledge of those matters;

B) such records were kept in the course of a regularly conducted business activity;

C) the business activity made such records as a regular practice; and

D) if such record is not the original, such record is a duplicate of the original.

I certify, under the penalties of perjury, that the foregoing is true and accurate, to the best

of my knowledge and belief.

Executed on __July 28, 2020__          __Christopher F. Gill__
            Date                                  Signature

__445 Earlwood Ave. #200__
    Location      oregon, Ohio
                43616